

| | | | |
|---|---|---|---|
| 950 THIRD AVENUE<br>NEW YORK NY 10022<br>212.751.9800 OF.<br>212.751.0046 FX.<br>877.751.9800 TF.<br>WWW.MORELLILAW.COM | BENEDICT P. MORELLI<br>DAVID S. RATNER<br>———————<br>ARTHUR L. SALMON<br>MARTHA M. MCBRAYER | STEVEN C. NOVEMBER<br>JENNIE L. SHATYNSKI<br>THOMAS P. O'MALLEY<br>STEVEN M. GERSHOWITZ<br>VICTORIA J. MANIATIS<br>NICOLE V. GURKIN<br>SARAH BERNETT<br>SCOTT J. KREPPEIN | OF COUNSEL<br>TAI & SOBILOFF PC<br>DAVID L. SOBILOFF<br>ALLAN Y. TAI<br>OF COUNSEL<br>RORY I. LANCMAN |

November 16, 2007

**SO ORDERED**

*[signature]*
HON. GEORGE B. DANIELS
NOV 1 9 2007

<u>Via Regular Mail and Fax</u>
The Honorable George B. Daniels
United States District Court
500 Pearl Street
Courtroom 630
New York, New York 10007

<u>Re: Griffin v. Smithkline Beecham 07CV7896</u> - (Avandia Products Liability)

Dear Judge Daniels :

    As Your Honor may already know, the United States Judicial Panel on Multi-district Litigation ruled on October 16, 2007 that all Avandia cases filed in federal court would be consolidated and transferred to the Eastern District of Pennsylvania, to the Honorable Cynthia M. Rufe. We enclose herein a copy of that transfer order to which this case is a "tag-along" action. Given imminent transfer, we request that Your Honor consider an adjournment of the Pre-trial conference currently set before Your Honor on November 29, 2007 at 9:30 a.m.

    Please do not hesitate to call me at (212) 751-9800, ext. 7208 if you have any questions or comments. We appreciate your consideration of this request.

Respectfully Submitted,
Morelli Ratner PC
Counsel for Plaintiff

*[signature]*
Victoria J. Maniatis, Esq.

enc: JPML Transfer Order

cc: Nina Gussack - Pepper Hamilton LLP, Counsel for Defendant

VJM/df

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: NOV 1 9 2007
```